In the Matter of the Application of JAMES V. LAPARDO and IRENE SIMON, Candidates for Member of State Committee, Male and Female Respectively, of the Republican Party, in the Forthcoming Primaries to Be Held on September

20th, 1938, in and for the 13th Assembly District, Kings County, Appellants, for a Hearing and Determination as to the Sufficiency of Their Designating Petitions, Pursuant to Section 330 of the Election Law, and for an Alternative Order of Mandamus, against THE COMMISSIONERS OF ELECTIONS OF THE CITY OF NEW YORK, S. HOWARD COHEN and Others, BOARD OF ELECTIONS OF THE CITY OF NEW YORK, SAM TANANBAUM, FREDERICK DI PIANO and EDNA TANENBAUM, Respondents.— Order reversed on the law and the facts, without costs, and motion granted, without costs. It was error for the court, under the facts in this case, to hold that as a matter of law the petition was invalid. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.